UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NOEL CRUZ,<br><br>                Plaintiff,<br><br>  vs.<br><br>PRINCIPLE [SIC] TOM O'BRIEN, SOOS CREEK ELEMENTARY SCHOOL, KENT SCHOOL DISTRICT,<br><br>                Defendants. | NO. CV-06-3029-JLQ<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE |

      By Orders filed May 19, 2006 and June 14, 2006, the court directed Plaintiff to present his request to proceed *in forma pauperis* on the correct form provided by the court. Prisoners are required to pay the statutory filing fee for each civil action presented to the court under 28 U.S.C. § 1915(b)(1). Plaintiff did not comply with the court's directives by July 5, 2006, and has filed nothing further.

      Accordingly, **IT IS ORDERED** this action is **DISMISSED without prejudice** for failure to comply with the filing fee requirements. **IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Plaintiff and close the file.

      **DATED** this 13th day of July 2006.

                                    s/ Justin L. Quackenbush
                                    JUSTIN L. QUACKENBUSH
                      SENIOR UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION WITHOUT PREJUDICE -- 1